# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>All Monies, Funds, and Credits on Deposit at MEXC Global Ltd. (d/b/a MEXC.com), Account Associated with User ID 83256384 with Account Number SFB62098848040 | CASE NO. 1:24-MJ-451<br><br>MAGISTRATE JUDGE LITKOVITZ |

## ORDER UNSEALING APPLICATION, SEIZURE WARRANT, AND RELATED DOCUMENTS

IT IS HEREBY ORDERED, upon motion of the United States and for good cause shown, that the Application, Seizure Warrant, and related documents filed herein and ordered sealed by this Court, be unsealed by the Clerk of Courts. This case shall be unsealed.

9/12/2024
DATE

HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE